UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| v. | : | |
| DOUG MAIRENA, | : | VIOLATIONS: 18 U.S.C. §513(a) (Falsely Altered Security of an Organization). |
| Defendant. | : | |

## INFORMATION

The United States Attorney informs the Court:

## COUNT ONE -
## FALSELY ALTERED SECURITY OF AN ORGANIZATION

### Introduction

At all times material to this Information:

1. Federation of American Hospitals ("FAH") was an association made up of private or investor-owned hospitals throughout the United States. Members of FAH include general community and teaching hospitals as well as rehabilitation, long-term acute care, cancer, and psychiatric hospitals. FAH acted as a spokesperson and representative of its members to the federal government's legislative and executive branches and advocated for or against legislation and policies which affected the health care industry and its members. FAH had been in existence since the mid 1960's, and at least during the period of this scheme, was located at 801 Pennsylvania Avenue, N.W., Washington, D.C. and it operated in and its activities affected interstate commerce.

2. The defendant, DOUG MAIRENA was employed as FAH's Controller. As such, defendant MAIRENA's responsibilities at FAH included: running the day to day financial operations of FAH; charting expenses against the overall budget; and maintaining FAH's books and records.

As part of the daily operations, defendant MAIRENA would receive vendor invoices, prepare voucher checks to pay the invoices through FAH's computer system, attach the invoice, supporting documents, and check in a packet of material, and present the packet to appropriate FAH personnel for authorization and signature. If the voucher check were in an amount less than $2,000, then only one signature would be required.

### The Scheme

3.  From 2003 through 2005, in the District of Columbia and elsewhere, the defendant DOUG MAIRENA embezzled approximately $377,000 from FAH by altering the name of the payee and/or the amounts on various FAH checks and then cashing, depositing, or giving to another the altered and falsely made checks.

4.  It was a part of the scheme that the defendant, DOUG MAIRENA would prepare checks to pay legitimate vendor invoices. After the Chief Financial Officer or some other authorized signator signed the voucher checks, the defendant MAIRENA would send this check to the vendor, and then would prepare a second, fraudulent, check to pay the same vendor invoice. Again, the defendant would present the check to a member of the executive staff to be signed.

5.  It was a further part of the scheme that after an authorized FAH executive signed the second check, the defendant DOUG MAIRENA would alter this second voucher check by inserting the check back into an erasable typewriter, backing out the vendor name, inserting his own name; at times, the defendant MAIRENA would also alter the amount of the check. The defendant would then either deposit the check into his bank account or negotiate the check for cash. Through this scheme, the defendant MAIRENA obtained $328,960 of FAH funds, which he was not entitled to receive.

6. It was a further part of the scheme that sometime in 2003, the Chief Financial Officer's executive assistant approached the defendant DOUG MAIRENA about this embezzlement scheme; thereafter, the executive assistant helped the defendant MAIRENA by: one, by not informing the Chief Financial Officer or anyone else at FAH about what he saw and learned; and two, by handing voucher checks to the Chief Financial Officer to be signed. The defendant MAIRENA assisted the executive assistant and provided him with multiple falsely altered FAH checks in the approximate amount of $48,069.

7. On or about July 26, 2005, in the District of Columbia, the defendant DOUG MAIRENA did possess a forged security of Federation of American Hospitals, an organization, with the intent to deceive Wachovia Bank and Federation of American Hospitals, in that the defendant DOUG MAIRENA did falsely alter check number 114166, drawn on the Wachovia account of Federation of American Hospitals in the amount of $2,000, and which contained a forgery, that is, a false alteration inserting the defendant MAIRENA's name as payee.

**(Falsely Altered Security of an Organization, in violation of
Title 18, United States Code, Section 371)**

JEFFREY A. TAYLOR

United States Attorney
for the District of Columbia

By: *[signature]*
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar # 411980
United States Attorneys Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530