UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 1:06-cr-349 |
| ) | |
| Douglas Mairena ) | |
| ) | |

Entry of Appearance

Clerk of the Court:

    Kindly please enter the appearance of Leslie McAdoo as counsel of record for the defendant in the above captioned matter.

        Respectfully submitted,

        s/Leslie McAdoo

        Leslie McAdoo
        Leslie McAdoo, Chartered
        1140 19th St. NW, Suite 602
        Washington, DC 20036
        Bar # 456781
        (202) 293 0534 telephone
        (202) 318-3005 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of January 2007, a copy of the foregoing Entry of Appearance was served electronically to:

>Virginia Cheatham
>Assistant United States Attorney
>555 4th St., NW
>Washington, DC 20530

>s/Leslie McAdoo

>Leslie McAdoo