UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | FILED |
| vs. ) | Criminal Case No. 06-349 |
| ) | JAN 1 0 2007 |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| DOUG MAIRENA ) | U.S. DISTRICT COURT |

WAIVER OF INDICTMENT

I, **DOUG MAIRENA**, the above-name defendant, who is accused of

18 USC 513(a)
Falsely Altered Security of an Organizaiton

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **January 10, 2007** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: _____
Judge John D. Bates