UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal No. 1:06-CR-349 |
| DOUGLAS MAIRENA, | : |
| Defendant | : |

DEFENDANT'S MOTION TO STRIKE GOVERNMENT'S
REVISED OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Comes now Defendant Douglas Mairena, pursuant to Fed. R. Crim. P. 32(b)(2) and (f)(1), and moves this Honorable Court to strike the Government's "revised" objections to Mr. Mairena's Presentence Investigation Report (PSR). As grounds, Mr. Mairena states that:

1. The PSR in the above-entitled case was disclosed on March 5, 2007. The accompanying "Notice of Obligation of Those Executing this Form" states that "Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by March 19, 2007, to U.S. Probation Officer Sherry Brandon . . ."

2. The Government filed its initial response to the PSR on March 16, 2007. In its initial response, the Government stated in part that it had "no material obligations to the presentence report . . ." although it noted that it was investigating the underlying facts with regard to paragraph 93 of the PSR which concerns whether the basis for a downward departure exists due to voluntary disclosure of

the offense by the defendant.

3. The initial PSR does <u>not</u> include a proposed two level enhancement under Guideline Section 3B1.3 for Abuse of a Position of Trust.

4. The Government did not raise any objection to the omission of an enhancement under Guideline Section 3B1.3 for Abuse of a Position of Trust in the PSR.

5. In the plea agreement, the parties left open the possibility that enhancements or departures other than those identified in the plea agreement could be sought by either party. During the plea negotiations, the United States advised the defense that it was considering whether it would seek enhancement under 3B1.3, but that it was not inclined to do so based on its assessment of the case and its research.

6. Based on these representations, the defense understood that the United States was not precluded from seeking an enhancement under section 3B1.3, but fully expected that the United States would comply with the procedures in Rule 32 if it chose to seek the enhancement.

7. In communicating its "revised" objection to the defense, the United States advised that it was submitting the revised objection because "upon further review of the facts," it had concluded that an enhancement under Section 3B1.3 should be sought. The United States is evidently not relying on any new facts, but simply has changed its mind about whether it wants to seek the enhancement.

8. However, on March 29, 2007, the Government submitted a "revised"

objection to the PSR, ten days after the Rule 32(f)(1) deadline of March 19, 2007, asking the Probation Officer to include an enhancement for Abuse of a Position of Trust under Guideline Section 3B1.3.

9.      Fed. R. Crim. P. 32(b)(2) states that "[t]he court may, for good cause, change any time limits prescribed in this rule." Fed. R. Crim. P. 32(i)(1)(D) further states that "[a]t sentencing, the court . . . may, for good cause, allow a party to make a new objection at any time before sentence is imposed." The Government has failed to establish good cause for its untimely objection. Indeed, it has failed to present any justification whatsoever for the untimely objection as it did not seek the permission of the court to change the time limits under Rule 32, or present an additional objection to the PSR.

Based on the Government's failure to seek an extension of the time limits established by Rule 32 or to establish any "good cause" justifying its untimely objection to Mr. Mairena's PSR, the defendant moves this Honorable Court to strike the Government's untimely objection.

In support of this motion, Douglas Mairena also hereby incorporates the appended Memorandum of Law.

        Respectfully submitted,

         s/Leslie McAdoo
        Leslie McAdoo
        Leslie McAdoo, Chartered
        1140 19th Street, N.W., Suite 602
        Washington, D.C. 20036
        Tel. (202) 293-0534
        Fax. (202) 318-3005

        Counsel for Douglas Mairena

## CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of April 2007, a copy of the foregoing Defendant's Motion to Strike Government's Revised Objections to Presentence Investigation Report was served electronically on:

>Virginia Cheatham
>Assistant United States Attorney
>555 4th St., NW
>Washington, DC 20530


>\_\_\_\_s/Leslie McAdoo_____

>Leslie McAdoo