UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal No. 1:06-CR-349 |
| DOUGLAS MAIRENA, | : |
| Defendant | : |

DEFENDANT'S REPLY REGARDING MOTION TO STRIKE GOVERNMENT'S
REVISED OBJECTIONS TO PSR

Defendant Douglas Mairena, by and through counsel, hereby responds to the Government's Opposition to his Motion to Strike the Government's Revised Objections as follows.

ARGUMENT

The Plea Agreement does in fact reserve the rights of the parties to argue for additional enhancements or reductions to the offense level. However, the appropriate time frame for arguing for such enhancements was the period provided for by Fed. R. Crim. P. 32(f)(1). As is customary, the Presentence Report was accompanied by a "Notice of Obligation of Those Executing this Form" setting a deadline for raising objections of 14 days later, or March 19, 2007. The parties' agreement in the Plea Agreement to reserve their rights to argue for additional enhancements or reductions to the offense level does not trump Rule 32(f)(1) or the Notice which set the March 19 deadline. Rather, the agreement presumes that the ordinary practice of the Court and its Rules would apply. Thus, once the 14-day

deadline had passed, the Government was not at liberty to raise any additional enhancements unless good cause existed to do so.

The Government has not shown good cause for raising additional objections to the PSR after the time limit.  The Government concedes in its Opposition that it arrived at its decision to request an enhancement for Abuse of Position of Trust after an additional review of the evidence – evidence that was in the Government's possession or available to it all along.  The Government conducted its review again for the purpose of responding to Mr. Mairena's argument for a downward departure based on voluntary disclosure.

The potential for an enhancement for abuse of a position of trust based on the evidence in this case was not new or unknown to the Government at the time the parties filed their initial PSR objections, however.  The Government has admitted that it discussed with defense counsel the possibility of requesting such an enhancement. This was as far back as November 2006.  The review of the evidence that the Government  conducted in March 2007 did not lead to a _sudden_ realization that Mr. Mairena had abused a position of trust.  Rather, the Government had already considered and dismissed that possibility.  It has simply changed its litigation position, after reviewing its evidence again.  It could have created the timeline it now relies upon at any time from November 2006 to March 19, had it wished to do so.

The Government asserts that the 18 days which will have elapsed between submission of its revised objections and the sentencing hearing will be sufficient for

defense counsel to prepare a response to the request for an enhancement. This argument seeks an exception that would completely swallow the rule and which Rule 32 does not permit. Rule 32(f)(1) sets out what has been determined to be an adequate period of time for objections and responses, <u>and</u> the standard for when an exception can be sought – good cause. Defense counsel is otherwise entitled to rely on the time periods required by the rule. Only when the Government can show good cause for the delay may its untimely objection be considered. The Government has made no such showing here.

        Respectfully submitted,

        __s/Leslie McAdoo_____
        Leslie McAdoo
        Leslie McAdoo, Chartered
        1140 19th Street, N.W., Suite 602
        Washington, D.C. 20036
        Tel. (202) 293-0534
        Fax. (202) 318-3005

        Counsel for Douglas Mairena

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of April 2007, a copy of the foregoing Defendant's Reply Regarding Motion to Strike Government's Revised Objections to PSR was served electronically on:

> Virginia Cheatham
> Assistant United States Attorney
> 555 4th St., NW
> Washington, DC 20530

\_\_\_\_s/Leslie McAdoo_____

Leslie McAdoo