HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

UNITED STATES OF AMERICA

JUL 1 7 2007

vs.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Doug Mairena                    Docket No.: 06-349-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  __Doug Mairena__  having been sentenced, on April 26, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Cumberland__, in __Cumberland, MD__ **by 2 p.m., on** __July 27, 2007__.

__July 16, 2007__
Date

__John D. Bates__
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

__Julia Taylor__
ATTORNEY/U.S. PROBATION OFFICER

__Doug D.M.__
DEFENDANT

Revised 6-2004